# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Richard Young,

                              Plaintiff,

vs.                                                       Case Number: 13-CV-114-JED-PJC

DISH Network, LLC,

                              Defendant.

## MINUTE ORDER

At the direction of John E. Dowdell, U.S. District Judge, it is hereby ordered that:

      Upon agreement of parties, the Jury Trial in this matter is hereby reset for October 17, 2016 at 9:30 a.m. The deadline to file requested jury instructions, voir dire, and trial briefs (if desired) and to exchange demonstrative exhibits is October 7, 2016.

                                              Phil Lombardi,
                                              Clerk of Court, United States District Court


                                              s./L. Lyles
                                              By: L. Lyles, Deputy Clerk